# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1145

_____

BRANDEN J. BAILEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


May 7, 2018


PER CURIAM.

The petition for writ of certiorari is denied on the merits.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Branden J. Bailey, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.